UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF
FLORIDA TAMPA DIVISION

FRANK P. ROSSOTTO,

        Plaintiff.        Case No. 8:20-cv-703-T-35SPF

v.

UNITED STATES GOVERNMENT

        Defendants.        Date: 3-25-2020

---

**DAMAGES ON TORT CLAIMS 2018-0459 AND 2019-0332 DENIED BY DEPARTMENT OF HEALTH & HUMAN SERVICES**

Plaintiff Frank P. Rossotto has outlined the undisputed facts of the following two cases. The two have been combined in this lawsuit for both are similar Tort cases. Both denied Medical Malpractice Tort claims are attached at bottom.

**CLAIM NO. 2018-0459**

**COUNT 1**

**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

    1. Under Florida law, a court should allow a lawsuit for intentional infliction of severe emotional distress to proceed where the defendant's shocking and scandalous acts should cause an average member of the community to exclaim "OUTRAGEOUS" The Florida appellate courts have held that, as a matter of law.

TAMPA FLORIDA
MIDDLE DISTRICT OF FLORIDA
CLERK US DISTRICT COURT
2020 MAR 25 PM 12:46
RECEIVED

IFP

2. The Florida Supreme Court first recognized the tort of intentional infliction of emotional distress and adopted Section 46 of the Restatement of Torts. That Section states as follows: (1) One who by extreme and outrageous conduct intentionally or recklessly causes severe emotional distress to another is subject to liability for such emotional distress, and if bodily harm to the other results from it, for such bodily harm. The elements for a cause of action for intentional infliction of emotional distress have been defined as follows: (1) Deliberate or reckless infliction of mental suffering; (2) Outrageous conduct; (3) Conduct causing emotional distress; and (4) Severe distress suffered by the plaintiff. **I have undoubtedly experienced ALL FOUR.**

## SUMMARY OF EVENTS

1. In the month of July 2016 Nurse Practitioner Bozena Montes refuses to order COLGUARD the state of the art DNA test for colon cancer. For many weeks after I showed them how superior a test it is and her nurse Aubrey still stated they would not order it and it's no better then the standard test for blood in the colon.

2. After many more weeks I convinced the nurse and practitioner to order the test. The nurse said it was ordered and after even more weeks I have yet to hear anything

3. I contacted the CMO (Chief Medical Officer) Syed after getting nowhere with my NPR Montes and her nurse. He said he was shocked and would take care of it and be in touch within a couple days. Weeks later I still have yet to hear back from him after repeated calls and voicemails. I finally heard from him and his nurse (nurse Taylor) the day after I left several messages on the voicemails of the CEO Bottoms and Edward Kucher the Chief Operating Officer, (both never contacted me directly after several calls requesting to do so). Nurse Taylor also refused to give her email and said they can't email because they are a government organization. Another blatant lie. The test was finally ordered only because I told them how to and with appropriate id # for the product. I had to do the work for them, which they refused to initially do for months. I finally received the home COLOGUARD test on November 16, 2016. **The CMO received the**

**test results on Dec. 6, 2016 and I have yet to hear back from him or anybody from my many calls requesting w the results and a consultation. NEVER contacted me to this day.** I couldn't go to another doctor if I wanted to for my health insurance only option was TFHC. But that is not the issue.

4. A year has gone by and still to this day I am having recurring dreams of my stool being flat and having cancer and totally stressed out often by the lack of actions by the medical staff from top to bottom. Having a Bachelor of Science degree in Food and Nutritional Sciences, and a former nutritionist for Chautauqua County in the State of New York and dealing with patients one on one, I am appalled, shocked and outraged by the extreme unprofessional conduct by the complete staff of the Tampa Family Health Center. NO patient should ever go through what I have but I'm afraid it happens quite often at all their clinics

5. On July 23, 2017 I mailed a certified copy of a NOTIFICATION letter stating my claim to the CEO Mr. Bottoms. Soon after receipt of the letter I received a call left on my voicemail from a Delila Kiles on 1-31-17. I returned her call shortly after and asked her twice if she was with legal and she said she was. I found out afterward she has nothing to do with legal in any capacity. Another blatant lie from staff. I informed her to email me and I will give any details she needs. She was very rude, snappy and thought it was humorous. She never emailed or returned any of my calls. In fact NOBODY on the complaint would never give an email and refused to email me or call me.

## COUNT 2

## NEGLIGENCE

Under Florida statute 768.81 NEGLIGENCE. Defendant showed flagrant, blatant Negligence action under Florida Statute 768.81(c). Civil action based upon a theory of negligence, professional malpractice as in outrageous emotional tort.

1. On 5-10-17 I went to the TFHC location on Sheldon Ave and asked to refill my blood pressure prescription. I have video of my visit on this day. They said normal 24-48 hours to answer. Failed to ever get an answer as far as 05-31-2017 either from my personal request as well as on the patient portal, which I submitted twice. I called the Sheldon office several times and nobody contacted me back. Total negligence and beyond outrageous behavior causing me extended emotional distress by TFHC actions and lack of actions. Total disregard of my wellbeing and can possibly cause major illness and even death by not having my blood pressure regulated by the same prescription, which they prescribed. On 6-15-17 went yet again to the TFHC on Sheldon to get an update why I never got a response to my request to have my blood pressure prescription refilled on 5-10-2017. I videotaped on my iPhone this visit as well as the 5-10-17 visits. The receptionist asked why I waited so long to come back and contact them. I informed them it was not my responsibility to keep asking it was theirs to contact me as they said they would in 24-48 hours on 5-10-2017. She said I haven't been there since August 2016 and I informed her I have proof I was there on 5-10-17. Then she proceeded to tell me that the prescription is at the Publix pharmacy. I asked her what date was it sent in to be refilled along with who called it in along with why I was never contacted and she said she has no answer, doesn't know and no record of that. **<u>Total negligence and outrageous behavior. Nearly two months to get a critical blood pressure prescription filled when they stated a 24-48 hour turn around and normal for the whole industry. Beyond Outrageous.</u>**

## COUNT 3

Due to the actions and lack of action by TFHC of intentional infliction of emotional distress along with total negligence I almost experienced a massive stroke and possible death. November 14-15 November 15-16 and November 18- 19 of 2018 I was admitted to the ER multiple times at the Florida Hospital in Orlando for extreme high blood pressure (220/140). I was surrounded by a triage of doctors, nurses and medical staff. Admitted overnight twice and had to have IV to bring my BP down. I made numerous calls to the CMO and my Nurse Practitioner at TFHC middle of September 2018 through November 2018 for questions and refill about my blood pressure medication. They failed to get back to me yet again just as they

have yet to get back to me in over a year with my COLOGUARD cancer test. I couldn't go see them in person for I was out of state dealing with my deceased fathers estate for I was appointed executor. That's beside the point for I shouldn't have to track them down. I was without any blood pressure prescription and had no proper medical advice for a proper prescription or drug interactions from the prescription. I was left out in the cold once again by the outrageous actions and lack of actions along with negligence by the TFHC. I arrived back in Florida November 1' 2018 in Orlando and had prior engagements with my son to take care of there.  The CMO (Chief Medical Officer) was fired in November of 2018 and my nurse practitioner left end of December 2018. See exhibit #1 for ER records.  Obvious that the stress and anxiety I have experienced well over a year with TFHC has definitely contributed to my hypertension as well.

## COUNT 4

I have never been ill my entire life until the stress and anxiety I have experienced from the negligence and outrageous behavior for over a year. This has definitely contributed to my diagnosis of Auto Immune disease after my 2 visits to the Citrus Park ER on Sheldon ave. in Tampa on the dates of December 8, 2018 and December 13, 2018. See exhibit #2. See Exhibit #3 on "stress as a trigger of autoimmune disease". Which the doctors advised as well.

The defense actually has no defense. All the defense states is that my complaint does not meet the elements of IIED, which is totally ludicrous, as I have proven otherwise. The defense is so desperate they are bringing up a new defense claiming an action of medical malpractice. Totally grasping for anything.

In conclusion it's clearly evident the outrageous conduct by TFHC has gone beyond all bounds of decency, regarded as odious and utterly intolerable in a civilized community, which has caused me severe emotional and physical distress.  I have no doubt a jury would undoubtedly, unanimously agree after hearing the facts of the all around outrageous behavior by TFHC. It's time the TFHC get a reality check.

**CLAIM No. 2019-0332**

## COUNT 1

Pursuant to 28 U.S.C. § 2675(a), an action shall not be instituted upon a claim against the United States for money damages for injury or loss of property or personal injury or death caused by the negligent or wrongful act or omission of any employee of the Government while acting within the scope of his office or employment, unless the **claimant shall have first presented the claim to the appropriate Federal agency and his claim shall have been finally denied by the agency in writing and sent by certified or registered mail**. The failure of an agency to make final disposition of a claim within six months after it is filed shall, at the option of the claimant any time thereafter, be deemed a final denial of the claim for purposes of this section.


1. SUFFERED A STROKE AS DIAGNOSED BY ER AT THE FLORIDA HOSPITAL ORLANDO DUE TO TFHC NOT REFILLING MY BLOOD PRESSURE MEDICINE properly. Due to the actions and lack of action by TFHC of intentional infliction of emotional distress along with total negligence I almost experienced a massive stroke and possible death. November 14-15 November 15-16 and November 18- 19 of 2017 I was admitted to the ER multiple times at the Florida Hospital in Orlando for extreme high blood pressure (220/140). I was surrounded by a triage of doctors, nurses and medical staff. Admitted overnight twice and had to have IV to bring my BP down. I made numerous calls to the CMO and my Nurse Practitioner at TFHC middle of September 2017 along with personal visits (which I have on video) through November 2017 for questions and refill about my blood pressure medication. They failed to get back to me yet again. Took around 2 months to refill my blood pressure but after my stroke. BP medicine, which they stated normally, takes 24-48 hours. Just as they have yet to get back to me in over a year with my COLOGUARD cancer test. I couldn't go see them in person for I was out of state dealing with my deceased fathers estate for I was appointed executor. That's beside the point for I shouldn't have to track them down. I was without any blood pressure prescription and had no proper medical advice for a proper prescription or drug interactions from the prescription. I was left out in the cold once again by the outrageous actions and lack of actions along with negligence by the TFHC. I arrived back in Florida November 1' 2018 in Orlando and had prior engagements with my son to take care of there.  The CMO (Chief Medical Officer) was fired in November of 2018 and my nurse practitioner left end of

December 2017. Obvious that the stress and anxiety I have experienced well over a year with TFHC has definitely contributed to my hypertension as well.

## COUNT 2

2. DIAGNOSED WITH LIFE LONG AUTO IMMUNE DISEASE AND CHRONIC ARTHRALGIA from the stress from TFHC. I have never been ill my entire life until the stress and anxiety I have experienced from the negligence and outrageous behavior for well over a year. This has definitely contributed to my diagnosis of Auto Immune disease by the medical staff after my 2 visits to the Citrus Park ER on Sheldon ave. in Tampa on the dates of December 8, 2018 and December 13, 2018. It's clearly evident the outrageous conduct by TFHC has gone beyond all bounds of decency, regarded as odious and utterly intolerable in a civilized community, which has caused me severe emotional and physical distress. I have no doubt a jury would undoubtedly, unanimously agree after hearing the facts of the all around outrageous behavior by TFHC.

TFHC has fulfilled ALL the elements for "IIED" Tort. (a) TFHC conduct was intentional and reckless, knowing that emotional would likely result by their behavior. (b) TFHC conduct was outrageous, to go beyond all bounds of decency, and regarded as odious and utterly intolerable in a civilized community. (c) TFHC conduct caused emotional distress. (d) The emotional distress is severe.

## COUNT 3

3. TFHC HAS FAILED TO GIVE RESULTS OF COLONOSTOMY DNA CANCER TEST.

   1. In the month of July 2016 Nurse Practitioner Bozena Montes refuses to order COLGUARD the state of the art DNA test for colon cancer. For many weeks after I showed them how superior a test it is and her nurse Aubrey still stated they would not order it and it's no better then the standard test for blood in the colon.

2. After many more weeks I convinced the nurse and practitioner to order the test. The nurse said it was ordered and after even more weeks I have yet to hear anything

3. I contacted the CMO (Chief Medical Officer) Syed after getting nowhere with my NPR Montes and her nurse. He said he was shocked and would take care of it and be in touch within a couple days. Weeks later I still have yet to hear back from him after repeated calls and voicemails. I finally heard from him and his nurse (nurse Taylor) the day after I left several messages on the voicemails of the CEO Bottoms and Edward Kucher the Chief Operating Officer, (both never contacted me directly after several calls requesting to do so). Nurse Taylor also refused to give her email and said they can't email because they are a government organization. Another blatant lie. The test was finally ordered only because I told them how to and with appropriate id # for the product. I had to do the work for them, which they refused to initially do for months. I finally received the home COLOGUARD test on November 16, 2016. **The CMO received the test results on Dec. 6, 2016 and I have yet to hear back from him or anybody from my many calls requesting w the results and a consultation. NEVER contacted me to this day.** I couldn't go to another doctor if I wanted to for my health insurance only option was TFHC. But that is not the issue.

4. Still to this day I am having recurring dreams of my stool being flat and having cancer and totally stressed out often by the lack of actions by the medical staff from top to bottom. Having a Bachelor of Science degree in Food and Nutritional Sciences, and a former nutritionist for Chautauqua County in the State of New York and dealing with patients one on one, I am appalled, shocked and outraged by the extreme unprofessional conduct by the complete staff of the Tampa Family Health Center. NO patient should ever go through what I have but I'm afraid it happens quite often at all their clinics

   On July 23, 2017 I mailed a certified copy of a NOTIFICATION letter stating my claim to the current CEO at that time Mr. Bottoms. Soon after receipt of the letter I received a call left on my voicemail from a Delila Kiles on 1-31-17. I returned her call shortly after and asked her twice if she was with legal and she said she was. I found out

afterward she has nothing to do with legal in any capacity. Another blatant lie from staff. I informed her to email me and I will give any details she needs. She was very rude, snappy and thought it was humorous. She never emailed or returned any of my calls. In fact NOBODY on the complaint would never give an email and refused to email me or call me. PLEASE NOTE THAT ALL EMPLOYEES MENTIONED IN THIS COMPLAINT HAVE BEEN FIRED/LET GO.

## DAMAGES

WHEREFORE, Plaintiff seeks Compensatory, Punitive for Medical Malpractice and Tort IIED damages. Compensatory damages of $1,000,000.00, Punitive damages in the amount of $1,500,000.00 and IIED damages in the amount of $2,500,000.00 caused by the Defendants negligence, unlawful, shocking and scandalous acts. A total of $5,000,000.00

Respectfully Submitted,
Frank Rossotto

*[signature]*

Plaintiff
Pro Se
9418 West Park Village Drive
#104
Tampa, Florida 33626