



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Office of The General Counsel
General Law Division
Claims and Employment Law Branch
330 C Street, SW
Switzer Building, Suite 2100
Washington, DC 20201

OCT 2 2 2019

<u>CERTIFIED MAIL – RETURN RECEIPT REQUESTED</u>
(Article Number: 7009 1680 0001 6595 1626)

Frank Rossotto
9418 West Park Village Drive
#104
Tampa, Florida 33626-5167

Re:  **<u>Administrative Tort Claim of Frank Rossotto</u>, Claim No. 2018-0459**

Dear Mr. Rossotto:

On May 23, 2018, you filed an administrative tort claim under the Federal Tort Claims Act
("FTCA"), 28 U.S.C. §§1346(b), 2401(b), 2671-80, alleging, *inter alia*, that, on July 1, 2016,
Tampa Family Health Centers, Inc., located in Tampa, Florida, failed to timely order a screening
test, and deliver the results, to determine if colorectal cancer was present.  By letter dated
December 4, 2018, your administrative tort claim was denied, and you were notified of the right
to request reconsideration within six months from the date of mailing of the denial letter.  On
April 18, 2019, this agency received your request for reconsideration.  The agency now responds
to your request for reconsideration with regard to your administrative tort claim.

The Federal Tort Claims Act authorizes the settlement of any claim of money damages against
the United States for, *inter alia*, injury caused by the negligent or wrongful act or omission of
any employee of the Federal government while acting within the scope of employment under
circumstances where the United States, if a private person, would be liable to the claimant in
accordance with the law of the place where the act or omission occurred.  This letter constitutes
the notice of final determination on this claim, as required by 28 U.S.C. § 2401(b) (2011).

Your claim was initially denied because the evidence failed to establish that your alleged injuries
were due to the negligent or wrongful act or omission of a federal employee acting within the
scope of employment.  We have again reviewed your administrative tort claim, and determined
that the initial decision denying your administrative tort claim was correct.  Accordingly, the
administrative tort claim of Frank Rossotto is denied.  If you are dissatisfied with this
determination, you are entitled to file suit against the United States in the appropriate federal

Page 2 - Frank Rossotto

district court within six (6) months from the date of mailing of this determination (28 U.S.C. § 2401(b)).

Sincerely,

*Jennifer B. Smith (by jea)*

Jennifer B. Smith
Acting Deputy Associate General Counsel
Claims and Employment Law Branch



## DEPARTMENT OF HEALTH & HUMAN SERVICES

Office of The General Counsel
General Law Division
Claims and Employment Law Branch
330 C Street, SW
Switzer Building, Suite 2100
Washington, DC 20201

## OCT 2 2 2019

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**
(Article Number:  7009 1680 0001 6595 1640)

Frank Rossotto
9418 West Park Village Drive
#104
Tampa, Florida 33626-5167

Re:   **Reconsideration Request for Administrative Tort Claim of Frank Rossotto,
Claim No. 2019-0332**

Dear Mr. Rossotto:

On March 6, 2019, you filed an administrative tort claim under the Federal Tort Claims Act
("FTCA"), 28 U.S.C. §§1346(b), 2401(b), 2671-80, alleging, *inter alia*, that, from September
2017 to November 2017, Tampa Family Health Centers, Inc., located in Tampa, Florida, failed to
appropriately treat your hypertension, resulting in your hospitalization and the development of
autoimmune disease and arthralgia from stress and anxiety.  By letter dated July 23, 2019, your
administrative tort claim was denied, and you were notified of the right to request
reconsideration within six months from the date of mailing of the denial letter.  On September
27, 2019, this agency received your request for reconsideration.  The agency now responds to
your request for reconsideration with regard to your administrative tort claim.

The Federal Tort Claims Act authorizes the settlement of any claim of money damages against
the United States for, *inter alia*, injury caused by the negligent or wrongful act or omission of
any employee of the Federal government while acting within the scope of employment under
circumstances where the United States, if a private person, would be liable to the claimant in
accordance with the law of the place where the act or omission occurred.  This letter constitutes
the notice of final determination on this claim, as required by 28 U.S.C. § 2401(b) (2011).

Your claim was initially denied because the evidence failed to establish that your alleged injuries
were due to the negligent or wrongful act or omission of a federal employee acting within the
scope of employment.  We have again reviewed your administrative tort claim, and determined
that the initial decision denying your administrative tort claim was correct.  Accordingly, the
administrative tort claim of Frank Rossotto is denied.  If you are dissatisfied with this

Page 2 - Frank Rossotto

determination, you are entitled to file suit against the United States in the appropriate federal district court within six (6) months from the date of mailing of this determination (28 U.S.C. § 2401(b)).

Sincerely,

*Jennifer B. Smith (by jca)*

Jennifer B. Smith
Acting Deputy Associate General Counsel
Claims and Employment Law Branch